UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael L. Miles**                          **Docket No. 5:16-CR-151-1BO**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael L. Miles, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Heroin and Possession of Firearms in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 11, 2017, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Michael L. Miles was released from custody on April 1, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 1, 2024, at his initial office visit, Miles tested positive for marijuana. He noted that on March 31, 2024, while on home confinement with the South Raleigh Reentry Center in Raleigh, North Carolina, he consumed brownies laced with marijuana, while at a family gathering. Based on this positive urinalysis at the initial office visit and the defendant's history of substance abuse, a drug after condition is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                             I declare under penalty of perjury that the foregoing is true and correct.

                                             /s/Timothy L. Gupton
                                             Timothy L. Gupton
                                             Senior U.S. Probation Officer
                                             310 New Bern Avenue, Room 610
                                             Raleigh, NC 27601-1441
                                             Phone: 919-861-8686
                                             Executed On: April 5, 2024

Michael L. Miles
Docket No. 5:16-CR-151-1BO
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____5____ day of ___April___, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge