UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael L. Miles**                             Docket No. 5:16-CR-151-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael L. Miles, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With the Intent to Distribute a Quantity of Heroin and Possession of Firearms in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 11, 2017, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Michael L. Miles was released from custody on April 1, 2024, at which time the term of supervised release commenced. On April 5, 2024, a Petition for Action was filed adding a drug aftercare condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 4, 2024, Miles tested positive for the use of cocaine and on June 20, 2024, he tested positive for marijuana. Although the defendant denied using any controlled substances since his release from the Bureau of Prisons on April 1, 2024, the urinalysis results were confirmed by Alere Toxicology Services, Inc. A verbal reprimand was issued, and the defendant was referred for substance abuse counseling and continued participation in the Surprise Urinalysis Program (SUP). As a sanction of for the positive urinalyses, a 60-day period of Location Monitoring (Curfew) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: July 8, 2024

Michael L. Miles
Docket No. 5:16-CR-151-1BO
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _8_ day of _July_, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge